1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        CENTRAL DISTRICT OF CALIFORNIA
8                                WESTERN DIVISION
9

10   DOUGLAS T. RUSSELL,                )   No. CV 07-3692 TJH (FFM)
                                        )
11                     Petitioner,      )
                                        )   JUDGMENT
12         v.                           )
                                        )
13   GRAY DAVIS, *et al.*,              )
                                        )
14                     Respondents.     )
     _____)

15

16         Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18         IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: April 4, 2011

21

22                                      TERRY J. HATTER, JR.
23                                      United States District Judge

24
25
26
27
28